# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: MOTSINGER, EWLYN EUGENE | § Case No. 14-51244-LMJ |
| MOTSINGER, MARIE HONEYCUTT | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 12, 2014. The undersigned trustee was appointed on November 12, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $              1,200.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 1,170.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**USBA Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 05/16/2015 and the deadline for filing governmental claims was  / / . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $300.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $300.00, for a total compensation of $300.00[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/08/2015          By: /s/BRUCE MAGERS
                             Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**USBA Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 14-51244-LMJ | **Trustee:** | (530180)  BRUCE MAGERS |
| **Case Name:** MOTSINGER, EWLYN EUGENE | **Filed (f) or Converted (c):** | 11/12/14 (f) |
| MOTSINGER, MARIE HONEYCUTT | **§341(a) Meeting Date:** | 12/19/14 |
| **Period Ending:** 09/08/15 | **Claims Bar Date:** | 05/16/15 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Est Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Admin. (FA)/ Gross Value of Remain. Assets** | **Lien Amount** | **Exempt Amount** |
| 1  Residence and Land: 3589 Merry Ridge Road, Tobac    Imported from original petition Doc# 1 | 103,555.00 | 0.00 | | 0.00 | FA | 40,000.00 | 70,000.00 |
| 2  Burial Plot, Crestview Memorial Park 6850 Univer    Imported from original petition Doc# 1 | 2,930.00 | 1,200.00 | | 1,200.00 | FA | 0.00 | 0.00 |
| 3  Cash on Hand Joint    Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4  Capital Bank Checking Account # 9106 Joint    Imported from original petition Doc# 1 | 119.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5  Bank of America Checking Account # 7742 Joint    Imported from original petition Doc# 1 | 23.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6  Household Goods and Furnishings Furniture locate    Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7  Two decorative pictures Value Determined by Used    Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8  Wearing Apparel & Clothes Value Determined by Us    Imported from original petition Doc# 1 | 750.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9  Wearing Apparel and Clothes Value Determined by    Imported from original petition Doc# 1 | 950.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

Printed: 09/08/2015 02:05 PM    V.13.23

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-51244-LMJ  
**Case Name:** MOTSINGER, EWLYN EUGENE  
MOTSINGER, MARIE HONEYCUTT  
**Period Ending:** 09/08/15

**Trustee:** (530180)    BRUCE MAGERS  
**Filed (f) or Converted (c):** 11/12/14 (f)  
**§341(a) Meeting Date:** 12/19/14  
**Claims Bar Date:** 05/16/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Est Net Value<br>(Value Determined<br>By Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Admin. (FA)/<br>Gross Value of<br>Remain. Assets | 7<br>Lien<br>Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 10 | Wedding bands, engagement ring and Female Debtor<br>  Imported from original petition Doc# 1 | 800.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | 2013 Kia Soul 4D Wagon Miles: 13,495 VIN #: KNDJ<br>  Imported from original petition Doc# 1 | 15,210.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | 2000 Ford F-150 Pickup V8 Miles: 190,675 VIN #:<br>  Imported from original petition Doc# 1 | 3,195.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 12 | Totals<br>Assets  (Excluding unknown values) | $130,682.00 | $1,200.00 | | $1,200.00 | $0.00 | $40,000.00 | $70,000.00 |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

TFR to be filed immediately.

**Initial Projected Date Of Final Report (TFR):**    September 1, 2015        **Current Projected Date Of Final Report (TFR):**    September 1, 2015

_____  
September 8, 2015  
Date

/s/ BRUCE MAGERS  
_____  
BRUCE MAGERS

Copy Served On:    Mr. William P. Miller  
Bankruptcy Administrator

Printed: 09/08/2015 02:05 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-51244 LMJ | | **Trustee:** | BRUCE MAGERS (530180) |
|---|---|---|---|---|
| **Case Name:** | MOTSINGER, EWLYN EUGENE | | **Bank Name:** | Rabobank, N.A. |
| | MOTSINGER, MARIE HONEYCUTT | | **Account:** | ******2766 - Checking Account |
| **Taxpayer ID #:** | XX-XXX6170 | | **Blanket Bond:** | $750,000.00  (per case limit) |
| **Period Ending:** | 09/08/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|
| 05/27/15 | {2} | Western Union Money Order | | 500.00 | | 500.00 |
| 05/27/15 | {2} | Western Union Money Order | | 500.00 | | 1,000.00 |
| 05/27/15 | {2} | Western Union Money Order | | 200.00 | | 1,200.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 1,190.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 1,180.00 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 10.00 | 1,170.00 |
| | | | **ACCOUNT TOTALS** | **1,200.00** | **30.00** | **$1,170.00** |
| | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | **Subtotal** | **1,200.00** | **30.00** | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | **NET Receipts / Disbursements** | **$1,200.00** | **$30.00** | |

Net Receipts :  1,200.00

Net Estate :  $1,200.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2766** | 1,200.00 | 30.00 | 1,170.00 |
| | $1,200.00 | $30.00 | $1,170.00 |

September 8, 2015                                      /s/ BRUCE MAGERS
_____                                  _____
         Date                                                     BRUCE MAGERS

{} Asset reference(s)                                              Printed: 09/08/2015 02:05 PM    V.13.23

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 16, 2015

**Case Number:** 14-51244-LMJ
**Debtor Name:** MOTSINGER, EWLYN EUGENE

Page: 1

**Date:** September 8, 2015
**Time:** 02:05:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | BRUCE MAGERS<br>245 Nanzetta Way<br>Lewisville, NC 27023 | Admin Ch. 7 | | $300.00 | $0.00 | 300.00 |
| 200 | BRUCE MAGERS<br>245 Nanzetta Way<br>Lewisville, NC 27023 | Admin Ch. 7 | Attorney for Trustee is only requesting fees in the amount of $680.00. | $670.00 | $0.00 | 670.00 |
| 1P 570 | Internal Revenue Service<br>Attn: Bankruptcy Unit<br>P.O. Box 7346<br>Philadelphia, PA 19114 | Priority | 08/27/2015 01:07:32 PM Schedule E Amount $0.00 imported by DMR<br>Schedule E Description:<br>Taxes Owed (Notice Only) | $7,199.30 | $0.00 | 7,199.30 |
| 1U 610 | Internal Revenue Service<br>Attn: Bankruptcy Unit<br>P.O. Box 7346<br>Philadelphia, PA 19114 | Unsecured | | $1,820.37 | $0.00 | 1,820.37 |
| 2 610 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite #200<br>Tucson, AZ 85712 | Unsecured | 9729<br>08/27/2015 01:07:32 PM Schedule F Amount $1,200.00 imported by DMR<br>Schedule F Description:<br>Old Vacuum | $965.03 | $0.00 | 965.03 |
| 3 610 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>OB 3001, PA 10087-9262 | Unsecured | 1006<br>08/27/2015 01:07:32 PM Schedule F Amount $3,850.18 imported by DMR<br>Schedule F Description:<br>Credit Card | $4,176.55 | $0.00 | 4,176.55 |
| 4 -2 610 | PYOD LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | 2869<br>08/27/2015 Amendment 4-2 imported by DMR; original claim didn't exist<br>-----* * *<br>08/27/2015 01:07:32 PM Schedule F Amount $13,056.21 imported by DMR<br>Schedule F Description:<br>Credit Card | $13,314.72 | $0.00 | 13,314.72 |
| 7 610 | Synchrony Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 0693<br>08/27/2015 01:07:32 PM Schedule F Amount $172.09 imported by DMR<br>Schedule F Description:<br>Credit Card | $298.52 | $0.00 | 298.52 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 16, 2015

**Case Number:** 14-51244-LMJ
**Debtor Name:** MOTSINGER, EWLYN EUGENE

Page: 2

**Date:** September 8, 2015
**Time:** 02:05:54 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8<br>610 | Synchrony Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | 8692<br>--------------------------------------------------------------------------------<br>08/27/2015 01:07:32 PM Schedule F Amount $1,206.82 imported by DMR<br>Schedule F Description:<br>Credit Card | $1,385.99 | $0.00 | 1,385.99 |
| << Totals >> | | | | 30,130.48 | 0.00 | 30,130.48 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-51244-LMJ
Case Name: MOTSINGER, EWLYN EUGENE
Trustee Name: BRUCE MAGERS

**Balance on hand:** $ 1,170.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,170.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRUCE MAGERS | 300.00 | 0.00 | 300.00 |
| Attorney for Trustee, Fees - BRUCE MAGERS | 670.00 | 0.00 | 670.00 |

Total to be paid for chapter 7 administration expenses: $ 970.00
Remaining balance: $ 200.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 200.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,199.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 7,199.30 | 0.00 | 200.00 |

Total to be paid for priority claims: $ 200.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**USBA Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 21,961.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 1,820.37 | 0.00 | 0.00 |
| 2 | United Consumer Financial Services | 965.03 | 0.00 | 0.00 |
| 3 | AMERICAN EXPRESS CENTURION BANK | 4,176.55 | 0.00 | 0.00 |
| 4 -2 | PYOD LLC | 13,314.72 | 0.00 | 0.00 |
| 7 | Synchrony Bank | 298.52 | 0.00 | 0.00 |
| 8 | Synchrony Bank | 1,385.99 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

**USBA Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance: $     0.00

**USBA Form 101-7-TFR (05/1/2011)**